KAREN P. HEWITT
United States Attorney
STEVEN J. POLIAKOFF
Assistant U.S. Attorney,
California Bar No. 188231
United States Attorney's Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7117
Facsimile: (619) 557-5004
Email: steve.poliakoff@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER SMITH AND CHET SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA; DOES 1 - 20. INCLUSIVE, <br><br> Defendants. | Civil No. 06CV2756 BEN (AJB) <br><br> JOINT MOTION TO CONTINUE CMC/SETTLEMENT CONFERENCE SCHEDULED FOR SEPT. 14, 2007 |

1. The above captioned matter is a Federal Tort Claims Act action alleging that medical malpractice by Defendant injured Plaintiff Jennifer Smith.

2. By order dated May 17, 2007, following the Early Neutral Evaluation Conference ("ENE"), the Court in pertinent part found that the case was not in a position to settle and that counsel for the parties felt that focused discovery over the following three to four months would likely present an opportunity to discuss settlement again.

3. Since the ENE, the parties have amicably and diligently proceeded with discovery including paper discovery, an independent ophthalmological evaluation, obtaining and exchanging records and scheduling Plaintiff Jennifer Smith's deposition for August 30, 2007.

4. Notwithstanding the continuing and very good faith efforts to obtain government hospital records, the undersigned Assistant U.S. Attorney learned on August 28, 2007, that additional records

had been discovered.

5. The undersigned counsel conferred on August 29, 2007 and agreed that it would be most efficient to have the newly discovery documents prior to deposing Plaintiff Jennifer Smith.

6. Counsel further agreed that the productivity of the CMC/Settlement Conference scheduled for September 14, 2007 would be optimized by the completion of Plaintiff Jennifer Smith's deposition and the opportunity for counsel to further discuss the case following her deposition.

7. Counsel also agreed that in order to complete this additional focused discovery and discussion, they should seek the Court's approval to continue the September 14, 2007 CMC/Settlement Conference until mid-October.

8. Counsel therefore called Chambers and learned that, subject to the Court's approval, the Court's calendar might allow the CMC/Settlement Conference to be continued until October 12, 2007 at 10:30 a.m. or October 15, 2007 at 10:30 a.m.

9. The parties, therefore, respectfully request that the Court continue the CMC/Settlement Conference until October 12, 2007 at 10:30 a.m. or October 15, 2007 at 10:30 a.m.

DATED: August 30, 2007                   s/ Joseph P. Lisiecki, III
                                         Attorney for Plaintiffs
                                         Email: jlisiecki@attyhelp.com

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from Joseph P. Lisiecki to affix his electronic signature to this document.

DATED: August 30, 2007                   KAREN P. HEWITT
                                         United States Attorney

                                         s/_____
                                         STEVEN J. POLIAKOFF
                                         Assistant U.S. Attorney
                                         Email: steve.poliakoff@usdoj.gov

                                         Attorneys for Defendant
                                         United States of America