cal___sc___

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JENNIFER SMITH AND CHET SMITH, | ) | Civil No. 06cv2756 BEN(AJB) |
| Plaintiff, | ) | |
| v. | ) | ORDER FOLLOWING EARLY |
| UNITED STATES OF AMERICA; DOES 1-20 inclusive, | ) | NEUTRAL EVALUATION CONFERENCE |
| Defendants. | ) | |

On October 12, 2007, the Court convened an Early Neutral Evaluation Conference in the above entitled action.  Appearing were Joseph Lisiecki, Esq. and Jennifer Smith on behalf of plaintiff; Steven Poliakoff, Esq. and Caroline Olson, law clerk on behalf of defendants.

A full and final settlement was reached in the case.  The settlement is binding and judicially enforceable.

The parties will proceed to document the settlement and will file a dismissal of the action reserving jurisdiction to reopen to enforce settlement since the monies will take some time for transmission.

///

///

///

1   A telephonic Settlement Disposition Conference is set for **November 15, 2007 at 9:00 a.m.**

2   Plaintiff's counsel will initiate the call unless the dismissal has been tendered to the Court and Judge

3   Battaglia's chambers so notified of the submission.

4   IT IS SO ORDERED.

5

6   DATED:  October 17, 2007

7   _____

8   Hon. Anthony J. Battaglia
    U.S. Magistrate Judge

9   United States District Court